

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-10-2005

# Michael v. Horn

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-9002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Michael v. Horn" (2005). *2005 Decisions.* Paper 710.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/710

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 04-9002
_____

HUBERT L. MICHAEL,
Appellant

v.

MARTIN HORN, Commissioner, Pennsylvania Department of
Corrections; *DAVID DIGUGLIELMO, Superintendent of the State
Correctional Institution at Graterford; JOSEPH P. MAZURKIEWICZ,
Superintendent of the State Correctional Institution at Rockview

(*Amended - See Clerk's Order dated 1/6/05)
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. Civil No. 96-cv-01554)
District Judge:  The Honorable Thomas I. Vanaskie

BEFORE: NYGAARD*, AMBRO, and GREENBERG, Circuit Judges
**O R D E R**

It is now here ORDERED by this Court that the Court's Order of July 8, 2005 issued in this case, be, and the same is hereby RECALLED.  The Court's Order of July 7, 2005 is VACATED to the extent that it denied Appellee's Petition for Panel Rehearing. Panel rehearing is hereby GRANTED, and the Court's Order of June 2, 2005 is hereby VACATED.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: August 10, 2005
ghb/cc: See Page Two

_____

* Honorable Richard L. Nygaard assumed senior status on July 9, 2005.

Michael v. Horn
Page Two
No. 04-9002
ghb/cc: Joseph M. Cosgrove, Esq.
     Jonelle H. Eshbach, Esq.
     Mr. Hubert L. Michael